# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE AYERS, | Case No: 2:08-CV-705-LRH-LRL |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ARROW FINANCIAL SERVICE, and, PALISADES COLLECTION, and Unknown Person 1-20, inclusive, | AND ORDER THEREON |
| Defendants. | |

Plaintiff Antoine Ayers and Defendant Palisades Collection through undersigned counsel file this stipulation of dismissal of Plaintiff's claims against Palisades Collection, with prejudice.

Respectfully submitted by:

Dated: Aug 9 2010                                   Dated: 5 AUGUST 2010

_____                          _____
Grenville Pridham                                   Rex D. Garner
Law Office of Grenville Pridham                     Morris Peterson
13512 S. New Hope Street                            300 South Fourth Street, Ste. 900
Garden Grove, CA 92843                              Las Vegas, NV 89101

Attorney for Plaintiff                              Attorney for Defendant

## ORDER

IT IS SO ORDERED.

DATED this 9th day of September, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE